IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CARL J. MULLINS,  \*

    Plaintiff,  \*

v.    Case No. 7:22-cv-13-HL

  \*

HOWARD COMBELLE, et al.,

  \*

    Defendants.

  \*

## **J U D G M E N T**

Pursuant to this Court's Order dated January 18, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of January, 2023.

                David W. Bunt, Clerk

                s/ Kathleen S. Logsdon, Deputy Clerk